# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 2:20-cr-127-DPM

BOBBY WILLIAMS             DEFENDANT

## ORDER

Motion, *Doc. 4*, granted. The Information against Bobby Williams is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2021